UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| QUINNIPIAC UNIVERSITY, TERRI JOHNSON, AND SEANN KALAGHER, | ) ) | |
| | ) | |
| Defendants. | ) | March 2, 2017 |

**MOTION FOR TEMPORARY RESTRAINING ORDER
(ON NOTICE) AND FOR PRELIMINARY INJUNCTION**

The named Plaintiff in the accompanying Complaint, by his undersigned attorneys, and pursuant to Fed. R. Civ. P. 65, hereby moves this Court for the entry of a temporary restraining order (TRO) and, separately, for a preliminary injunction against the defendant, Quinnipiac University ("QU" or "Defendant").

Plaintiff seeks the issuance of an immediate temporary restraining order directed to QU, its agents, officers, directors, trustees, employees, and anyone acting in concert with QU, restraining QU from holding a Hearing in a pending disciplinary proceeding against Plaintiff until such time as it can properly investigate the underlying claims and prepare an unbiased and adequate report for the Hearing Committee.

In support of this motion for TRO, Plaintiffs have filed the accompanying Verified Complaint, the Declaration of Attorney Felice M. Duffy (appended hereto as Exhibit A), and a Memorandum of Law. Plaintiff states that, as set forth in the Memorandum of Law, he is suffering and will continue to suffer irreparable injury in the absence of a TRO, Plaintiff is likely to succeed on the merits of his claims (or, in the alternative, there are fair grounds for dispute concerning the merits of Plaintiff's claims and the balance of hardships tips decidedly in his favor); and an

immediate TRO is necessary to prevent further irreparable harm pending a hearing on Plaintiff's Motion for Preliminary Injunction.

Plaintiffs have provided notice of this motion for TRO to the Defendants by telephone, electronic mail, and overnight mail.  *See* Declaration of Attorney Felice M. Duffy, filed herewith.

Plaintiff also hereby moves for a preliminary injunction extending the terms of the TRO until this matter is finally determined on its merits.  Plaintiff has filed herewith his Application for an Order to Show Cause, and proposed Order to Show Cause, setting the matter for a hearing on a date to be determined by the Court.

Plaintiff respectfully requests that this matter be scheduled for a prompt hearing, and that such hearing be held so Plaintiff can resume his studies free form the anxiety and stress surrounding this process.

The Plaintiff has filed contemporaneously herewith his Memorandum of Law in Support of Motion for Temporary Restraining Order, his Verified Complaint, his proposed Temporary Restraining Order, proposed Order to Show Cause, and proposed Preliminary Injunction.

WHEREFORE, Plaintiff respectfully request that this Motion be granted.

        PLAINTIFF
        JOHN DOE

By:   /s/ Felice M. Duffy
      Felice M. Duffy

      Duffy Law, LLC
      770 Chapel Street, Suite 4F
      New Haven, CT 06510
      (203)946-2000 phone
      (203)907-1383 fax
      felice@duffylawct.com
      Federal Bar No.: ct21379

      Douglas J. Varga
      Lucas & Varga LLC
      2425 Post Road, Suite 200
      Southport, CT 06890
      (203) 227-8400 phone
      (203) 227-8402 fax
      dvarga@lucasvargalaw.com
      Federal Bar No.: ct18885

His Attorneys

## **CERTIFICATION**

A copy of the foregoing Motion for Temporary Restraining Order (On Notice) And For Preliminary Injunction has been emailed to the named Defendants on this date, and shall be served on the named Defendants in accordance with the Plaintiff's service obligations under Federal Rule of Civil Procedure 4.

Dated at New Haven, Connecticut this 2nd day of March, 2017.

                                        /s/ Felice M. Duffy
                                        Felice M. Duffy  (ct21379)