UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, ) | Civil Action |
| ) | No. 3:17-cv-00364-JBA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| QUINNIPIAC UNIVERSITY, TERRI ) | |
| JOHNSON, SEANN KALAGHER, ) | |
| AND VINCENT CONTRUCCI ) | |
| ) | |
| Defendants. ) | May 1, 2017 |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Plaintiff John Doe respectfully moves for leave to file his Second Amended Complaint under Fed. R. Civ. P. 15(a) and District of Connecticut Local Rules 7(a) and (f). In accordance with Local Rule 7(f), redlined and clean versions of the proposed Second Amended Complaint are attached hereto as Exhibits A and B, respectively.

As supported in Plaintiff's accompanying Memorandum of Law filed with this motion, Plaintiff seeks leave to add certain factual allegations related to Defendant Quinnipiac University's ("QU") disability policies that address QU's obligations under the Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act of 1973 ("Section 504"), which QU has promulgated in its Student Handbook and other relevant documents. *See* Ex. A, ¶¶ 15, 19, 199, 202, 204, 206. Defendants have expressed no objection to these amendments.

Plaintiff also proposes to add two new counts, Count Eleven (negligence) and Count Twelve (reckless and wanton misconduct). *See* Ex. A, ¶¶ 237-257. Counsel to both parties met and conferred on April 18, 2018, and Defendants objected to these

1

amendments on the ground of prejudice due to delay.  Defendants' counsel did not raise objections based on bad faith or futility.

Prior to filing this motion, and in compliance with District of Connecticut Local Rule 7(f), Plaintiff, through counsel, inquired of all non-moving parties and there is a partial objection to the motion.

WHEREFORE, Plaintiff moves this Court to grant leave to amend and permit Plaintiff to file the Second Amended Complaint.

PLAINTIFF
JOHN DOE

By: /s/ *Felice M. Duffy*
Felice M. Duffy (ct21379)
Duffy Law, LLC
770 Chapel Street, Suite 4F
New Haven, CT 06510
Phone: (203) 946-2000
Fax: (203) 907-1383
felice@duffylawct.com

Douglas J. Varga (ct18885)
Lucas & Varga LLC
2425 Post Road, Suite 200
Southport, CT 06890
Phone:  (203) 227-8400
Fax:  (203) 227-8402
dvarga@lucasvargalaw.com

His Attorneys

## **CERTIFICATION**

      I hereby certify that on May 1, 2018, a copy of the foregoing Motion for Leave to Amend and all supporting papers was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                 By:   /s/ *Felice M. Duffy*
                                                                         Felice M. Duffy