UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | Case No. 3:17-cv-00364-JBA |
| | ) | |
| v. | ) | |
| | ) | |
| QUINNIPIAC UNIVERSITY, TERRI JOHNSON, SEANN KALAGHER, AND VINCENT CONTRUCCI, | ) ) ) | |
| | ) | |
| Defendants. | ) | June 19, 2018 |

**DEFENDANTS' MOTION TO WITHDRAW**
**MOTION FOR PROTECTIVE ORDER (ENTRY NO. 58)**

Pursuant to United States District of Connecticut Local Rule 83.6, the defendants respectfully request a court order withdrawing the defendants' Motion for Protective Order, Entry No. 58. The parties have discussed the defendants' concerns outlined in the motion and are working toward an agreeable resolution of the matter. Accordingly, the defendants request that the motion be withdrawn at this time.

    THE DEFENDANTS,
    QUINNIPIAC UNIVERSITY, TERRI
    JOHNSON, SEANN KALAGHER and
    VINCENT CONTRUCCI

    By: /s/ Jessica L. Vizvary ct30291

    Jessica L. Vizvary
    Fed. Bar. No. ct30291
    Lynn McCormick
    Federal Bar. No.: ct28745
    Conway Stoughton LLC
    641 Farmington Avenue
    Hartford, CT 06105
    Phone: (860) 523-8000
    Fax: (860) 523-8002
    jvizvary@conwaystoughton.com

## **CERTIFICATION**

     I hereby certify that on June 19, 2018, a copy of the foregoing Motion to Withdraw was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                  /s/ Jessica L. Vizvary
                                                Jessica L. Vizvary, Esq.