UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Doe,
    *Plaintiff*,

*v.*                                                                    Civil No. 3:17cv364 (JBA)

Quinnipiac University, et al,
    *Defendants*.

RULING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER [DOC. # 62]

On May 30, 2018, Plaintiff noticed the deposition of Defendant Quinnipiac University to be taken through the testimony of Defendant's designated 30(b)(6) witness(es) on June 28, 2018 on 17 topics to which no objection was taken. On June 27, 2018, Defendant sought a protective order to prevent the deposition of one of its 30(b)(6) designees Seann Kalagher from going forward, based on two meritless grounds:

    1) that Kalagher will also be deposed as a fact witness; and

    2) that two other designated 30(b)(6) witnesses have "addressed a majority of the <u>seventeen</u> <u>broad</u> <u>topics</u> (emphases in original) addressed in the notice." [Doc. # 62, Def's Motion].

Given the separate and distinct purposes of 30(b)(6) and fact depositions, Plaintiff is entitled to proceed with the two depositions separately, unless Defendant stipulates that Kalagher's testimony in its entirety will be deemed to serve both purposes, and will bind Defendant.

Further, Defendant offers no good cause why its Motion for Protective Order was only filed at 3:45 p.m. the day before the 30(b)(6) deposition that was scheduled to take place nearly a month earlier, and offers the Court no legal authority why the claimed inefficiency and undue burden of deposing Kalagher on two separate days for two separate purposes justifies unilateral cancellation of the next-day deposition. Accordingly, Defendant shall pay any costs resulting from the cancellation.

Defendant's Motion for Protective Order [Doc. # 62] is DENIED.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   June 28, 2018