**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOHN DOE, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | Case No. 3:17-cv-00364-JBA |
| | ) | |
| v. | ) | |
| | ) | |
| QUINNIPIAC UNIVERSITY, TERRI | ) | |
| JOHNSON,  SEANN KALAGHER, | ) | |
| AND VINCENT CONTRUCCI, | ) | |
| | ) | |
| Defendants. | ) | January 18, 2019 |

**THIRD CONSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF TO
RESPONDTO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff John Doe respectfully moves this Court for an 4-day extension of time,

through and including January 22, 2019, to respond to Defendants' motion for summary

judgment.  In support of his motion, Plaintiff states as follows:

1.      Plaintiff commenced this action on March 2, 2017.  Plaintiff's claims

arise out of a Title IX investigation conducted by the Defendants against the Plaintiff,

then a student at Defendant Quinnipiac University ("QU").

2.      Defendants have produced more than 15,000 pages of documents in

discovery, and discovery resulted in, among other things, 17 lengthy witness

deposition transcripts, 3 experts' reports, 4 expert depositions transcripts and more

than 150 deposition exhibits.

3.      Defendants are seeking summary judgment on all twelve counts with

numerous bases for each.

4.      The Court has granted both parties' motions for leave to file excess

pages for their summary judgment papers based on the complex facts and number of

counts in the Second Amended Complaint. (Docs ## 77, 87).

5.    Plaintiff's response to the motion for summary judgment is currently due on January 18, 2019. (Doc. 91).

6.    On January 9, 2018, the Court granted Plaintiff's consented to motion for extension of time to file his response due to undersigned's medical issue which required multiple doctors' visits and medical procedures, with additional medical appointments scheduled and the death of a close friend.

7.    The undersigned continues to have health issues, which have since required multiple doctors' visits and medical procedures, a result of which she has missed multiple work days.

8.    In addition, over the last two days, Duffy Law LLC has experienced systemic computer issues that has caused serious delay and problems with sharing and processing documents and directly interfered with the work on Plaintiff's Response.

9.    On January 18, 2019, the undersigned conferred with Defendants' counsel, Lynn McCormick, who confirmed that the Defendants consent to the granting of the relief requested in this motion.  Plaintiff would agree to an extension of time for the filing of Defendants' reply brief in further support of their motion for summary judgment.

10.   This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay.   Despite Plaintiff's attorneys'

2

diligence, the January 22, 2018 deadline for Plaintiff's response cannot be reasonably

met.  Plaintiff submits good cause exists for granting this motion and that the granting

of this motion will serve the interests of justice and will prejudice neither the parties

nor the Court.

11.    This is the Plaintiff's fourth motion for an extension of the deadline to

respond to Defendants' motion for summary judgment.

WHEREFORE, Plaintiff respectfully requests that this Court grant him an

extension of time of eight days through and including January 22, 2019 to respond to

Defendants' motion for summary judgment and Plaintiff would agree to an extension of

time for Defendants' to reply to Plaintiff's response to Defendants' motion for summary

judgment.

PLAINTIFF
JOHN DOE

By:   /s/ Felice M. Duffy
        Felice M. Duffy (ct21379)
        Duffy Law, LLC
        129 Church Street, Suite 310
        New Haven, CT 06510
        Phone:  (203) 946-2000
        Fax:  (203) 907-1383
        felice@duffylawct.com

        Douglas J. Varga (ct18885)
        Lucas & Varga LLC
        2425 Post Road, Suite 200
        Southport, CT 06890
        Phone:  (203) 227-8400
        Fax:  (203) 227-8402
        dvarga@lucasvargalaw.com

3

His Attorneys

## **CERTIFICATION**

I hereby certify that on January 18, 2019 a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


By:  ___/s/ *Felice M. Duffy*_____
                Felice M. Duffy