UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | Case No. 3:17-cv-00364-JBA |
| | ) | |
| v. | ) | |
| | ) | |
| QUINNIPIAC UNIVERSITY, TERRI JOHNSON, SEANN KALAGHER, AND VINCENT CONTRUCCI, | ) ) ) | |
| | ) | |
| Defendants. | ) | January 29, 2019 |

**MOTION FOR LEAVE TO FILE AMENDED EXHIBITS AND TO CLARIFY STATEMENT OF FACTS AND CORRECT EXHIBIT LIST REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff John Doe respectfully moves this Court for leave to file amended Exhibits 24, 65, 66 and 111 (attached hereto as Amended Exhibits 65 and 66 and filed under seal as Amended Exhibits 24 and 111) related to Plaintiff's Response to Defendants' Motion For Summary Judgment (Doc. # 95) and accompanying Local Rule 56(a)2 Statement of Facts (Doc. # 95, Attachment #1).

Plaintiff also moves for leave to file an Amended Exhibit List (attached hereto as Exhibit A) to correct typographical errors in ¶¶35, 42, 87, 100, 110-112, 127 of his original Exhibit List. (Doc. # 96).

Plaintiff further provides clarification regarding typographical errors in the following paragraphs of Plaintiff's Local Rule 56(a)2 Statement of Facts (Doc. # 95, Attachment #1):

| Paragraph No. | Original Citation | Corrected Citation |
|---|---|---|
| 49 | Ex. 39. 3 (SK), p. 220, 11-16 | Ex. 39; Ex. 3 (SK) p. 220, 11-116. |
| 165 | 60, Dxiv; Jxii; | Ex. 86, Dxiv; Jxii |
| 216 | Ex. (AH), pp. 357, 14-25 | Ex. 4 (AH), pp. 357, 14-25 |
| 223 | Ex. 8 (MoD), pp. 138, 1-23; Ex. 139, pp. 1-18 | Ex. 8 (MoD), pp. 138, 1-23; 139, 1-18 |

WHEREFORE, Plaintiff respectfully requests that this Court grant him leave to file amended Exhibits 24, 65, 66 and 111; to clarify the Statement of Facts; and to file an amended Exhibit List as set forth above.

       PLAINTIFF
       JOHN DOE

By:  /s/ Felice M. Duffy
    Felice M. Duffy (ct21379)
    Duffy Law, LLC
    129 Church Street, Suite 310
    New Haven, CT 06510
    Phone: (203) 946-2000
    Fax: (203) 907-1383
    felice@duffylawct.com

    Douglas J. Varga (ct18885)
    Lucas & Varga LLC
    2425 Post Road, Suite 200
    Southport, CT 06890
    Phone: (203) 227-8400
    Fax: (203) 227-8402
    dvarga@lucasvargalaw.com

    His Attorneys

**CERTIFICATION**

      I hereby certify that on January 29, 2019 a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

By:    /s/ *Felice M. Duffy*
       Felice M. Duffy