Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton, U.S.D.J.
DEPUTY CLERK: Breigh Freberg    RPTR/ECRO/TAPE: Tracy Gow
TOTAL TIME: 1 hours 50 minutes
DATE: 5/1/2019    START TIME: 10:09am    END TIME: 11:59am
LUNCH RECESS    FROM:    TO:
RECESS (if more than ½ hr)    FROM:    TO:

CIVIL NO. 17CV364 (JBA)

John Doe

vs

Quinnipiac University

Felice Duffy, Douglas Varga
Plaintiff's Counsel

Matthew Conway, Lynn McCormick
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing    O/A    ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

| | | | | |
|---|---|---|---|---|
| ☑....#81 | Motion for Summary Judgment | ☐ granted | ☐ denied | ☑ advisement |
| ☐....# | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐....# | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐....# | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐....# | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐....# | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐....# | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐.... | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐.... | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐.... | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐.... | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐.... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐.......... _____ ☐ filed ☐ docketed
☐.......... _____ ☐ filed ☐ docketed
☐.......... _____ ☐ filed ☐ docketed
☐.......... _____ ☐ filed ☐ docketed
☐.......... _____ ☐ filed ☐ docketed
☐.......... _____ ☐ filed ☐ docketed
☐.......... _____ Hearing continued until _____ at _____

Notes: