**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN DOE | : |
|     Plaintiff | : Civil Action No.: 3:17-CV-00364-JBA |
| V. | : |
| QUINNIPIAC UNIVERSITY, TERRI JOHNSON, SEANN KALAGHER, AND VINCENT CONTRUCCI | : |
|     Defendants | : July 25, 2019 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Connecticut Practice Book §3-9(b), the undersigned counsel seeks permission of this Court to withdraw as counsel for the defendants, Quinnipiac University, Terri Johnson, Seann Kalagher and Vincent Contrucci. Undersigned counsel is no longer employed with Conway Stoughton LLC. It is the understanding of the undersigned that Matthew G. Conway, Esq., and Lynn McCormick, Esq., of Conway Stoughton will be handling this matter moving forward.

1

THE DEFENDANTS,
QUINNIPIAC UNIVERSITY, TERRI JOHNSON, SEANN KALAGHER and VINCENT CONTRUCCI

/s/ **Jessica L. Vizvary ct30291**

Jessica L. Vizvary
Federal Bar. No.: ct30291
Conway Stoughton LLC
641 Farmington Avenue
Hartford, CT 06105
Phone: (860) 523-8000
Fax: (860) 523-8002
E-Mail: jvizvary@conwaystoughton.com

## CERTIFICATION

I hereby certify that on July 25, 2019, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ **Jessica L. Vizvary ct30291**

Jessica L. Vizvary
Federal Bar. No.: ct30291
Conway Stoughton LLC
641 Farmington Avenue
Hartford, CT 06105
Phone: (860) 523-8000/ Fax: (860) 523-8002
E-Mail: jvizvary@conwaystoughton.com

2