# EXHIBIT NO. 37

February 28, 2017


*Via Email Only*
Felice Duffy
Duffy Law, LLC
700 Chapel Street, Suite 4F
New Haven, CT 06510

**Re:** ███████████    **Title IX Investigation**

Dear Attorney Duffy:

I write in response to your email of February 27, 2017 and to advise you that your client's Title IX hearing will still be going forward on March 3, 2017.

***NCO/Breach of Confidentiality***:  In regards to your concerns of alleged violations of the NCO and breach of confidentiality, those issues are currently being addressed by Karoline Keith from the Department of Public Safety.

***Formal Complaint:***  In regards to your statement that your client now desires to make a formal complaint against ███████████ and ███████, we will consider your email of February 27, 2017, a formal complaint and will proceed in compliance with Quinnipiac University's Title IX policy.  To that end, please forward any additional information that you have not previously provided and would like considered.

***Hearing:***  The procedure will be as Seann Kalagher previously laid out for you during your discussion last week.  As stated above, the Hearing will still be going forward on March 3, 2017.

Sincerely,


Terri Johnson