UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | Case No. 3:17-cv-00364-JBA |
| | ) | |
| v. | ) | |
| | ) | |
| QUINNIPIAC UNIVERSITY, TERRI JOHNSON, SEANN KALAGHER, AND VINCENT CONTRUCCI, | ) ) ) | |
| | ) | |
| Defendants. | ) | October 24, 2019 |

## MOTION FOR EXTENSION OF TIME TO FILE
## STIPULATION OF DISMISSAL OR MOTION TO REOPEN

Pursuant to Local Rule 7(b)2, Plaintiff John Doe respectfully moves for a 30-day extension of time, through and including November 26, 2019, within which to file a stipulation of dismissal or a motion to reopen the case. In support of his Motion, Plaintiff states as follows:

1.  On September 17, 2019, Magistrate Judge Spector conducted a settlement conference, as a result of which the parties agreed to material terms of settlement.

2.  Since September 17, 2019, the parties have been working on the terms of a written settlement agreement, and participated in telephonic status conferences with Magistrate Judge Spector regarding those efforts on September 24, and October 2, 15 and 21, 2019.

3.  On September 25, 2019, the Court entered an Order of Dismissal on Report of Settlement (Doc. 177) setting a deadline of October 24, 2019 for the filing of a stipulation of dismissal or a motion to reopen the case.

4. As set forth above, the parties, through and with their counsel, have been engaging in ongoing efforts and communications to reduce the settlement agreement to writing and agree to written terms of settlement. Despite diligent efforts, the parties have not yet been able to finalize written terms of settlement and request an additional 30 days to do so.

5. Defendants' counsel, Lynn McCormick, Esq., has authorized the undersigned to represent to the Court that the Defendants join in this motion.

6. This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay. The Plaintiff submits that the granting of this motion will serve the interests of justice and will prejudice neither the parties nor the Court.

7. This is the Plaintiff's first motion for an extension of the deadline to file a stipulation of dismissal or motion to reopen this case.

WHEREFORE, Plaintiff John Doe respectfully requests that this Court enter an Order granting the parties an extension of time through and including November 26, 2019 within which to file a Stipulation of Dismissal and/or to file a motion to reopen the case.

PLAINTIFF
JOHN DOE

By:   <u>*/s/ Douglas J. Varga*</u>

      Douglas J. Varga (ct18885)
      Lucas & Varga LLC
      2425 Post Road, Suite 200
      Southport, CT 06890
      Phone: (203) 227-8400
      Fax: (203) 227-8402
      dvarga@lucasvargalaw.com

      Felice M. Duffy (ct21379)
      Duffy Law, LLC
      129 Church Street, Suite 310
      New Haven, CT 06510
      Phone: (203) 946-2000
      Fax: (203) 907-1383
      felice@duffylawct.com

His Attorneys

## **CERTIFICATION**

I hereby certify that on October 24, 2019, a copy of the foregoing Motion for Extension of Time to File Stipulation of Dismissal or Motion to Reopen was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

By:   /s/ *Douglas J. Varga*
       Douglas J. Varga