**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOHN DOE, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | Case No. 3:17-cv-00364-JBA |
| | ) | |
| v. | ) | |
| | ) | |
| QUINNIPIAC UNIVERSITY, TERRI JOHNSON, SEANN KALAGHER, AND VINCENT CONTRUCCI, | ) ) ) | |
| | ) | |
| Defendants. | ) | November 25, 2019 |

**MOTION FOR EXTENSION OF TIME TO FILE**
**STIPULATION OF DISMISSAL OR MOTION TO REOPEN**

Pursuant to Local Rule 7(b)2, Plaintiff John Doe respectfully moves for an extension of time, through and including December 31, 2019, within which to file a stipulation of dismissal or a motion to reopen the case. In support of his Motion, Plaintiff states as follows:

1. On September 17, 2019, Magistrate Judge Spector conducted a settlement conference, as a result of which the parties agreed to material terms of settlement.

2. Since September 17, 2019, the parties have been working on the terms of a written settlement agreement, and participated in telephonic status conferences with Magistrate Judge Spector regarding those efforts on September 24, and October 2, 15 and 21, 2019.

3. On September 25, 2019, the Court entered an Order of Dismissal on Report of Settlement (Doc. 177) setting a deadline of October 24, 2019 for the filing of a stipulation of dismissal or a motion to reopen the case.

4. On October 25, 2019, the Court entered an Order (Doc. 184) granting Plaintiff's motion to extend the deadline for filing stipulation of dismissal or a motion to reopen the case through November 26, 2019.

5. The parties have exchanged executed settlement agreement, but still must complete other aspects of the settlement. Despite diligent efforts, the parties have not yet been able to conclude the settlement as of this date and request additional time to do so.

5. Defendants' counsel, Lynn McCormick, Esq., has authorized the undersigned to represent to the Court that the Defendants join in this motion.

6. This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay.  The Plaintiff submits that the granting of this motion will serve the interests of justice and will prejudice neither the parties nor the Court.

7. This is the Plaintiff's second motion for an extension of the deadline to file a stipulation of dismissal or motion to reopen this case.

WHEREFORE, Plaintiff John Doe respectfully requests that this Court enter an Order granting the parties an extension of time through and including December 31, 2019 within which to file a Stipulation of Dismissal and/or to file a motion to reopen the case.

        PLAINTIFF
        JOHN DOE

By:   */s/ Douglas J. Varga*

        Douglas J. Varga (ct18885)
        Lucas & Varga LLC
        2425 Post Road, Suite 200
        Southport, CT 06890
        Phone: (203) 227-8400
        Fax: (203) 227-8402
        dvarga@lucasvargalaw.com

        Felice M. Duffy (ct21379)
        Duffy Law, LLC
        129 Church Street, Suite 310
        New Haven, CT 06510
        Phone: (203) 946-2000
        Fax: (203) 907-1383
        felice@duffylawct.com

His Attorneys

**<u>CERTIFICATION</u>**

    I hereby certify that on November 25, 2019, a copy of the foregoing Motion for Extension of Time to File Stipulation of Dismissal or Motion to Reopen was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                    By:   <u>/s/ *Douglas J. Varga*</u>
                                                                  Douglas J. Varga